**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
02/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES OF AMERICA,

    PLAINTIFF

v.

Quynhnhu Ha Nguyen, et al.,

    DEFENDANTS

Initial Indictment:

    **2:20-cr-00110-GW**
Case number to be assigned by Criminal Intake Clerk

Superseding Indictment:

_____
Case number to be assigned by Criminal Intake Clerk

**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**

(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.)

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is ___10___.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

2/26/20
Date

_/s/ Shawn T. Andrews_
Shawn T. Andrews
Assistant United States Attorney